# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JAMES TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-02803-SHL-atc |
| UNILEVER MANUFACTURING (US), INC., | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Second Amended Complaint, (ECF No. 32), filed August 20, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Approving FLSA Settlement (ECF No. 54), filed October 14, 2022, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 14, 2022
Date